## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 07-10943 CSS |
| ALLIANCE BANCORP, INC. | ) | |
| . | ) | |
| | ) | Related DIs 9,10 |
| Debtors, | ) | |
| | ) | |

### AMENDED REQUEST FOR NOTICES AND SERVICE OF PAPERS OF WELLS FARGO BANK, NATIONAL ASSOCIATION IN ITS CAPACITY AS MASTER SERVICER AND SECURITIES ADMINISTRATOR (MORTGAGE BACKED PASS-THROUGH CERTIFICATES SERIES 2007-S1 AND SERIES 2007-0A1)

PLEASE TAKE NOTICE that the undersigned hereby enter their appearance on behalf of Wells Fargo Bank, National Association in its capacity as Master Servicer and Securities Administrator (Mortgage Backed Pass-Through Certificates Series 2007-S1 and Series 2007-0A1) ("Wells Fargo"), and pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and LR. 2002(d), the undersigned request that an entry be made on the Clerk's Matrix, if any, in the above captioned case, and that all notices given or required to be given and all papers served or required to be served, in this case be given to and served upon:

| | |
|---|---|
| Stephen M. Mertz, Esquire | Noel C. Burnham, Esquire |
| Theresa H. Dykoschak, Esquire | Montgomery, McCracken, Walker & |
| Faegre & Benson LLP | Rhoads, LLP |
| 2200 Wells Fargo Center | 1105 N. Market Street, Suite 1500 |
| 90 South 7th Street | Wilmington, DE 19801 |
| Minneapolis, MN 55402-3901 | Telephone – 302-504-7800 |
| Telephone – 612-766-7223 [Mertz] | Facsimile – 302-504-7820 |
| Telephone – 612-766-7229 [Dykoschak] | E-mail – nburnham@mmwr.com |
| Facsimile – 612-766-1600 | |
| E-mail – smertz@faegre.com | |
| E-mail – tdykoschak@faegre.com | |

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rule specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise.

Dated: July 26, 2007

Respectfully submitted,

Montgomery, McCracken, Walker & Rhoads, LLP

/s/ Noel C. Burnham
Noel C. Burnham, Esquire [DE No. 3483]
1105 N. Market Street, Suite 1500
Wilmington, DE 19801
302/504-7890

and

Stephen M. Mertz, Esquire
Theresa H. Dykoschak, Esquire
Faegre & Benson LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-3901

Counsel for: Wells Fargo Bank, National Association