Alliance Mortgage Investments, Inc.
1000 Marina Boulevard #100
Brisbane, CA 94005

Division of Unemployment
P.O. Box 9953
Wilmington, DE 19809

Ellen Slights, Assistant US Attorney
1201 Market St., Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

Kent County
P.O. Box 802
Dover, DE 19903

New Castle County/Law
County Government Center
87 Reads Way
New Castle, DE 19720

Sheriff's Office - Sussex
P.O. Box 69
Georgetown, DE 19947

State of DE - Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE 19801-0820

Sussex County Courthouse
P.O. Box 429
Georgetown, DE 19947-0429

U.S. Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801

AIRLIE OPPORTUNITY CAPITAL MANAGEMENT L.P
115 EAST PUTNAM AVENUE
GREENWICH, CT 06830

ATLANTIC PACIFIC CAPITAL
102 GREENWICH AVENUE 2ND FLOOR
GREENWICH, CT 06830

BODMAN LLP
34TH FLOOR
100 RENAISSANCE CENTER
DETROIT, MI 48243

BRYANT, CLOHAN & BARUH LLP
550 HAMILTON AVENUE, SUITE 300
PALO ALTO, CA 94301

CT CORPORATION
P.O.BOX 4349
CAROL STRAM, IL 60197-4349

CVS Calvert Income Portfolio
c/o Calvert Group Fund Administration
4550 Montgomery Ave, Suite 1000
Bethesda, MD 20814

CVS Calvert Social Balanced
c/o Calvert Group Fund Administration
4550 Montgomery Ave, Suite 1000
Bethesda, MD 20814

Calvert Social Investment Fund Balanced Port
c/o Calvert Group Fund Administration
4550 Montgomery Ave, Suite 1000
Bethesda, MD 20814

Calvert Social Investment Fund Bond Portfoli
c/o Calvert Group Fund Administration
4550 Montgomery Ave, Suite 1000
Bethesda, MD 20814

DELAWARE SECRETARY OF STATE DIVISION OF CORP
7833 WALKER DRIVE, 3RD FLOOR
GREENBELT, MD 20770

DUFF & PHELPS, LLC
909 THIRD AVENUE, 12th FLOOR
NEW YORK, NY 10022

DWFC, LLC
6250 N River Road 9th Floor
Chicago, IL 60018

Department of Labor
Division of Unemployment Insurance
P.O. Box 9953
Wilmington, DE 19809

FTI CONSULTING, INC.
P.O. BOX 631916
BALTIMORE, MD 21263-1916

JEFFERSON WELLS INTERNATIONAL, INC.
BOX 684031
MILWAUKEE, WI 53268-4031

JOSEPH P. BRYANT
217 PLANTATION CIRCLE SOUTH PONTE
VEDRA BEACH, FL 32082

LOCKE LIDDELL & SAPP LLP
2200 ROSS AVENUE SUITE 2200
DALLAS, TX 75202

MARCUM & KLIEGMAN
655 3RD AVENUE
NEW YORK, NY 10017

MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

MORRIS, JAMES, HITCHENS & WILLIAMS
222 DELAWARE AVENUE
P.O. BOX 2306
WILMINGTON, DELAWARE 19899

| | | |
|---|---|---|
| NICHOLAS & ROBISON, CPA<br>4900 HOPYARD ROAD, #100<br>PLEASANTON, CA 94588 | Quadrangle Master Funding, LTD<br>375 Park Avenue 14th Floor<br>New York, NY 10152 | SAPPIRE ADVISORS LLC<br>200 W. 57TH STREET SUTE 1106<br>NEW YORK, NY 10019 |
| SATTERLEE STEPHENS BURK & BURKE 30 PARK AVEN<br>NEW YORK, NY 10169<br>SCOTT SILVER<br>P.O. BOX 7855<br>GREENWICH, CT 06836 | STANDDARD & POOR'S<br>2542 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | Sandler Capital Structure<br>C/O Sandler Capital Management<br>711 Fifth Ave, 15th Floor<br>New York, NY 10022 |
| Scudder High Income Fund<br>C/O Deutsche Asset Management<br>345 Park Avenue, STE 26<br>New York, NY 10154 | Scudder High Income Trust<br>C/O Deutsche Asset Management<br>345 Park Avenue, STE 26<br>New York, NY 10154 | Scudder MG Investments Trust<br>C/O Deutsche Asset Management<br>345 Park Avenue, STE 26<br>New York, NY 10154 |
| Scudder Total Return Fixed Income<br>C/O Deutsche Asset Management<br>345 Park Avenue, STE 26<br>New York, NY 10154 | Scudder Variable Series II<br>C/O Deutsche Asset Management<br>345 Park Avenue, STE 26<br>New York, NY 10154 | State of Delaware<br>Division of Revenue<br>820 N. French Street, 8th Floor<br>Wilmington, DE 19801-0820 |
| Stonehill Institutional Partners LP<br>C/O Stonehill Capital Management LLC<br>885 Third Avenue-30th Floor<br>New York, NY 10022 | THACHER PROFFITT & WOOD LLP<br>2 WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | The Calvert Fund Income Fund<br>c/o Calvert Group Fund Administration<br>4550 Montgomery Ave, Suite 1000<br>Bethesda, MD 20814 |
| The Calvert Fund Long Term Fund<br>c/o Calvert Group Fund Administration<br>4550 Montgomery Ave, Suite 1000<br>Bethesda, MD 20814 | The Calvert Fund Short Duration Income Fund<br>c/o Calvert Group Fund Administration<br>4550 Montgomery Ave, Suite 1000<br>Bethesda, MD 20814 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| WELLS FARGO BANK MINNESOTA, N.A.<br>WF 8113<br>P.O.BOX 1450<br>MINNEAPOLIS, MN 55485-8113 | Jason W. Staib<br>Morris Nichols , Arsth & Tunnell<br>1201 N, Market Street<br>P.O. BOX 1347<br>Wilmington, DE 19899 usa | Mark D. Collins<br>Richards Layton & Finger<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 |
| Montague S. Claybrook<br>913 N. Market Street<br>Suite 900<br>Wilmington, DE 19801 | | |