# EXHIBIT "A"

Alliance Bancorp, Inc.
Schedule B.28

| Asset ID | Description | Acquisition Date | Book Cost | Net Book Value |
|----------|-------------|------------------|-----------|----------------|
| *Cost Center: Portland WH-3703* | | | | |
| 001540 | COMPUTER EQUIPMENT | 4/12/1999 | 325.00 | 0.00 |

RLF-3184348v1

| Asset ID | Description | Acquisition Date | Book Cost | Net Book Value |
|---|---|---|---|---|
| 001550 | DELL XPS 450MHZ | 3/3/1999 | 2,193.00 | 0.00 |
| 001560 | DELL 8100, BCV6L01 | 6/1/2001 | 1,612.00 | 0.00 |
| 001570 | TOSHIBA LAPTOP | 3/8/2002 | 2,399.00 | 0.00 |
| 001580 | DELL INSPIRON 8200 LAPTOP | 4/29/2002 | 3,923.00 | 0.00 |
| PD0029 | set up phone system wholesale division in new Portland office | 9/6/2004 | 1,153.50 | 1,069.40 |
| PD0033 | Sony Vaio V505 c/1.4 CRW XPP - serial #S0130014554 | 9/18/2004 | 1,452.18 | 617.18 |
| PD0036 | new location cubes/wiring | 10/27/2004 | 6,043.22 | 3,633.13 |
| PD0037 | 3 Gateway DS 450E 1008213 (0034452962, 63, 64) | 12/1/2004 | 5,646.03 | 2,681.86 |
| PD0038 | 1 GATEWAY DS 450X; CARRYINGA CASE; SMALL BUSINESS EDITION; 3YR SERV PLAN | 5/4/2005 | 1,938.47 | 1,082.31 |
| PD0039 | 2801 SECURITY BNDL | 8/1/2005 | 2,412.66 | 1,467.71 |
| PD0040 | 1 GATEWAY 9210 SERVER; 1 3YR SERVICE PLAN | 8/1/2005 | 887.91 | 540.14 |
| PD0041 | 1 Gateway M460E; 1 Case; 1 MS office basic; 1 3yr service plan | 9/1/2005 | 1,531.31 | 957.08 |
| PD0042 | 2 Gateway M460E; 2 Cases; 2 MS office basic; 2 3yr service plan | 9/14/2005 | 3,062.64 | 1,914.15 |
| PD0043 | 1 Gateway M460E w/carrying case; 1 MS office basic ed plus 3yr service plan | 11/18/2005 | 1,531.30 | 1,008.11 |
| PD0045 | NEED INVOICE | 9/11/2006 | 650.00 | 568.74 |
| PD0046 | 13 workstations | 11/16/2006 | 13,552.00 | 12,180.68 |
| Subtotal: Portland WH-3703 (17) | | | 50,313.22 | 27,720.49 |
| Cost Center: Portland-3703 | | | | |
| 001260 | SAMSUNG TELEPHONE EQUIPMENT | 5/3/2002 | 5,166.00 | 0.00 |
| 001380 | 4 DELL COMPUTERS | 3/31/2003 | 12,131.00 | 1,415.66 |
| 001390 | DELL LAPTOP | 4/24/2003 | 2,621.00 | 349.16 |
| 002080 | 2 FLEXSTEEL SIDE CHR | 6/4/1993 | 1,638.00 | 13.40 |
| 002090 | CETRA KEYBOARD TRAYS | 4/18/1994 | 1,107.00 | 101.10 |
| 002100 | PARKSIDE CEN. EXPANS | 4/28/1994 | 11,603.00 | 1,063.23 |
| 002110 | 18 CONF ROOM CHAIRS | 6/2/1994 | 2,569.00 | 278.37 |
| 002120 | RUDY OFFICE FURN | 7/1/1994 | 4,556.00 | 531.13 |
| 002130 | RUDY OFFICE FURN | 7/1/1994 | 3,750.00 | 437.00 |
| 002140 | CETRA MODULAR FURNIT | 8/1/1994 | 26,754.00 | 3,344.20 |
| 002150 | LATERAL FILES - 2 | 5/15/1996 | 1,196.00 | 352.03 |
| 002160 | RIGHT RETURN DESKS | 6/13/1996 | 548.00 | 158.97 |
| 002170 | LEFT RETURN DESKS | 6/13/1996 | 548.00 | 158.97 |
| 002210 | LT RETURN DESK | 12/4/1996 | 525.00 | 141.62 |
| 002220 | RT RETURN DESK | 12/4/1996 | 525.00 | 141.62 |
| 002230 | J SMITH OFFICE FURN | 11/4/1997 | 6,406.00 | 1,471.61 |

| Asset ID | Description | Acquisition Date | Book Cost | Net Book Value |
|---|---|---|---|---|
| 002240 | 5 ARMLESS CHAIRS | 3/1/1998 | 835.00 | 179.53 |
| 002250 | GLASS DESK TOPS | 5/1/1998 | 505.00 | 104.87 |
| 002260 | 2 KEYBOARD MECHANISM | 7/1/1998 | 691.00 | 138.96 |
| 002270 | 4 ARMLESS CHAIRS | 8/1/1998 | 668.00 | 132.05 |
| 002280 | GLASS DESK TOPS | 6/1/1998 | 450.00 | 92.41 |
| 002290 | DESKTOPS | 11/11/1998 | 625.00 | 117.25 |
| 002300 | OFFICE FURNITURE | 11/25/1998 | 3,216.00 | 601.09 |
| 002310 | MAHOGANY DESK | 1/29/1999 | 1,751.00 | 315.15 |
| 002320 | GLASS FOR MAHOG DESK | 1/29/1999 | 235.00 | 42.24 |
| 002330 | SPACE PLANNING/CONSU | 3/30/1999 | 500.00 | 85.98 |
| 002340 | EXECUTIVE CHAIR | 1/16/2002 | 602.00 | 156.42 |
| 002350 | 2 HON 2903 SIDE CHAIRS | 5/8/2002 | 504.00 | 147.20 |
| 002360 | 3 2250 TASK CHAIRS | 5/8/2002 | 645.00 | 188.90 |
| 002370 | 12 OFFICE CHAIRS (TASK) | 12/11/2002 | 2,799.00 | 983.30 |
| 002380 | LEATHER OFFICE CHAIR | 1/22/2003 | 1,482.00 | 533.24 |
| 002390 | CONFERENCE TABLE AND CHAIRS | 3/31/2003 | 2,788.00 | 1,049.27 |
| 002800 | LEASEHOLD IMPROVMNTS | 8/10/1998 | 42,497.00 | 10,506.21 |
| PD0024 | termination data cabling, termination voice/data - Portland office move | 8/9/2004 | 1,226.25 | 1,134.27 |
| PD0025 | terminate cables, VB/KA  - Portland office move. | 8/3/2004 | 1,116.75 | 1,032.98 |
| PD0026 | Multi-media projector | 8/1/2004 | 914.79 | 640.36 |
| PD0027 | Labor phone installation new Portland office | 9/14/2004 | 276.25 | 256.09 |
| PD0028 | installation doorbox, wiring, etc new Portland office | 9/8/2004 | 1,250.00 | 1,158.86 |
| PD0030 | installation phone system, etc for new Portland office | 9/6/2004 | 1,161.75 | 1,077.05 |
| PD0031 | cabling and labor for new Portland office | 9/1/2004 | 1,915.00 | 1,775.35 |
| PD0032 | Labor for phone installation new Portland Office | 9/14/2004 | 481.50 | 446.40 |
| PD0034 | Speakerphone to conf room and hallway, labor | 10/8/2004 | 830.25 | 595.00 |
| PD0035 | new location cubes/wiring | 10/27/2004 | 6,542.67 | 3,933.38 |
| PD0044 | CORP ENVIROMENTS | 5/1/2005 | 11,587.00 | 7,931.57 |
| *Subtotal:  Portland-3703 (44)* | | | 169,738.21 | 45,313.45 |
| *Cost Center: Portland-4700* | | | | |
| 000700 | ETHERNET HUB | 6/1/1998 | 518.00 | 0.00 |
| 000710 | 24 PORT LINESHARE | 6/1/1998 | 1,788.00 | 0.00 |
| 000720 | DELL XPSR400 PENTIUM | 6/1/1998 | 2,958.00 | 0.00 |
| 000730 | DELL XPSR400 PENTIUM | 6/1/1998 | 2,892.00 | 0.00 |
| 000740 | DELL XPSR400 PENTIUM | 6/1/1998 | 2,823.00 | 0.00 |

| Asset ID | Description | Acquisition Date | Book Cost | Net Book Value |
|---|---|---|---|---|
| 000750 | DELL XPSR450 PENTIUM | 10/1/1998 | 3,822.00 | 0.00 |
| 000760 | HP LJ 6MP 600X600 | 10/5/1998 | 900.00 | 0.00 |
| 000770 | TOS 8000 64MB 24X | 10/14/1998 | 3,570.00 | 0.00 |
| 000780 | DELL MINITOWER | 11/13/1998 | 6,672.00 | 0.00 |
| 000790 | DELL COMPUTER | 12/31/1998 | 3,271.00 | 0.00 |
| 000800 | OFFICE EQUIPMENT | 12/31/1998 | 3,185.00 | 0.00 |
| 000810 | PRINTER AND TRAY | 1/5/1999 | 887.00 | 0.00 |
| 000820 | DELL 450 G7MTH | 1/22/1999 | 3,047.00 | 0.00 |
| 000830 | TOSHIBA TECRA 8000 | 1/18/1999 | 4,922.00 | 0.00 |
| 000840 | COMPUTER EQUIPMENT | 2/9/1999 | 559.00 | 0.00 |
| 000850 | HP LASERJET PRINTER | 4/23/1999 | 1,364.00 | 0.00 |
| 000860 | DELL POWEREDGE 4300 | 3/9/1999 | 10,503.00 | 0.00 |
| 000870 | COMPUTER EQUIPMENT | 4/12/1999 | 325.00 | 0.00 |
| 000880 | MORTGAGEWARE SOFTWARE | 3/31/1999 | 26,300.00 | 0.00 |
| 000890 | PHONE UPGRADE - AT&T DIGITAL CIRCUITS | 10/4/1999 | 2,128.00 | 0.00 |
| 000900 | WINDOWS 98 UPGRADE | 10/12/1999 | 3,438.00 | 0.00 |
| 000910 | MS OFFICE 2000 PRO CD | 10/5/1999 | 537.00 | 0.00 |
| 000920 | HP 4/8GB DDS2 SCSI BACKUP DRIVE | 11/3/1999 | 890.00 | 0.00 |
| 000930 | HP DESKJET 340 CLR INKJET | 11/12/1999 | 274.00 | 0.00 |
| 000940 | NT NETWORK | 5/1/1999 | 13,410.00 | 0.00 |
| 000950 | HP JET DIRECT 400N PRINTER | 8/23/1999 | 394.00 | 0.00 |
| 000960 | HP JET DIRECT 400N PRINTER | 8/5/1999 | 395.00 | 0.00 |
| 000970 | DELL - 933, #G8KQ30B | 7/26/2000 | 2,598.00 | 0.00 |
| 000980 | DELL - 933, #J8KQ30B | 7/26/2000 | 2,598.00 | 0.00 |
| 000990 | Solomon IV software / installation | 1/1/2000 | 3,691.00 | 0.00 |
| 001000 | Interlinq - MortgageWare TC | 5/15/2000 | 2,691.00 | 0.00 |
| 001010 | Software - Database analyzer / GeoDemographic data | 7/27/2000 | 1,121.00 | 0.00 |
| 001020 | Interlinq - MortgageWare Fannie Mae Interface | 10/15/2000 | 838.00 | 0.00 |
| 001030 | DELL 8100, 3ZVDB01 | 2/1/2001 | 2,729.00 | 0.00 |
| 001040 | DELL 4100, 5W77B01 | 2/1/2001 | 1,459.00 | 0.00 |
| 001050 | DELL 8100, 6NILF01 | 3/1/2001 | 2,127.00 | 0.00 |
| 001060 | DELL 8100, 5MILF01 | 3/1/2001 | 2,376.00 | 0.00 |
| 001070 | MOL - 5.0 MS BACKOFFICE SBS 4.5 | 6/1/2001 | 952.00 | 0.00 |
| 001080 | DELL 2400 SERVER, DBL0J01 | 6/1/2001 | 6,928.00 | 0.00 |
| 001090 | TOSHIBA TECRA 8200, 5131227BU | 7/1/2001 | 4,252.00 | 0.00 |
| 001100 | TOSHIBA 8200 LAPTOP | 6/25/2001 | 4,251.00 | 0.00 |

| Asset ID | Description | Acquisition Date | Book Cost | Net Book Value |
|----------|-------------|------------------|-----------|----------------|
| 001110 | DELL 8100 C6P7Q01 | 7/11/2001 | 1,113.00 | 0.00 |
| 001120 | TOSHIBA LAPTOP; 192327 | 8/14/2001 | 2,410.00 | 0.00 |
| 001130 | DELL 1500 COMPUTER 7CG8X01 | 10/1/2001 | 1,873.00 | 0.00 |
| 001140 | EPSON 1280 Inkjet Printer | 11/30/2001 | 576.00 | 0.00 |
| 001150 | 256MB Memory Module for Power Edge 4300 Server | 12/1/2001 | 944.00 | 0.00 |
| 001160 | DELL 8200 - HQ9PY01 | 10/31/2001 | 1,617.00 | 0.00 |
| 001170 | DELL 8200 - 1R9PY01 | 10/31/2001 | 1,617.00 | 0.00 |
| 001180 | TOSHIBA 9000 LAPTOP | 1/8/2002 | 2,728.00 | 0.00 |
| 001190 | MEMORY AND EQUIPMENT FOR TOSHIBA LAPTOP | 1/8/2002 | 947.00 | 0.00 |
| 001200 | HP LJ 4100TN | 10/4/2002 | 1,803.00 | 60.25 |
| 001210 | 3 DELL DIMENSION COMPUTERS #DTK7V11, #FTK7V11, #HTK7V11 | 9/4/2002 | 5,625.00 | 93.75 |
| 001220 | HP LJ1200SE PRINTER | 10/17/2002 | 429.00 | 14.75 |
| 001230 | TOSHIBA TECRA 9100 LAPTOP | 10/18/2002 | 2,774.00 | 92.18 |
| 001240 | TOSHIBA 9100 LAPTOP | 7/10/2002 | 3,131.00 | 0.00 |
| 001250 | DELL COMPUTER ACCESSORIES | 4/2/2002 | 598.00 | 0.00 |
| 001280 | DELL DIMENSION 8200 SERIES | 4/5/2002 | 1,975.00 | 0.00 |
| 001290 | ANTI-VIRUS SOFTWARE | 1/2/2002 | 1,387.00 | 0.00 |
| 001300 | DELL DIMENSION 8200 SERIES #3YCF311 | 1/2/2002 | 1,777.00 | 0.00 |
| 001310 | LASERJET 2200DN PRINTER | 1/2/2002 | 982.00 | 0.00 |
| 001320 | TOSHIBA LAPTOP 9100 | 7/5/2002 | 3,202.00 | 0.00 |
| 001330 | DELL DIMENSION 8250 #GWSN221 | 11/12/2002 | 1,767.00 | 88.25 |
| 001340 | DELL DIMENSION 8250 #CWSN221 | 11/15/2002 | 2,196.00 | 110.00 |
| 001350 | DELL DIMENSION 8250 #B3X2121 | 10/30/2002 | 1,707.00 | 57.25 |
| 001360 | MORTGAGE WARE SOFTWARE | 7/1/2002 | 4,000.00 | 0.00 |
| 001370 | FIREWALL | 12/5/2002 | 2,816.00 | 0.00 |
| PD0010 | Watchguard Spamscreen/ WG3700 | 11/4/2003 | 781.99 | 202.02 |
| PD0011 | Dimension 4600 Series, Intel Pentium 4 at 2.46 GHZ with HT Technology, surge protector | 9/1/2003 | 1,676.93 | 377.29 |
| PD0012 | one APC Smart-UPS 1500VA | 10/1/2003 | 527.01 | 127.38 |
| PD0013 | Dimension 2350 Series Intel Pentium 4 Processor | 7/1/2003 | 1,096.00 | 210.06 |
| PD0014 | 1 Dimension 400 series Intel Pentium 4 Processor at 2.4GHz | 8/1/2003 | 1,171.83 | 244.12 |
| PD0015 | Dell Computer | 7/31/2003 | 2,551.50 | 489.03 |
| PD0016 | 1 Dimension 2350 Series computer, 1 optiplex GX260T computer | 5/8/2003 | 1,473.00 | 233.22 |
| PD0017 | Server backup sofware - backup exec 9.0 WIN | 5/8/2003 | 743.95 | 0.00 |

| Asset ID | Description | Acquisition Date | Book Cost | Net Book Value |
|----------|-------------|------------------|-----------|----------------|
| PD0018 | Soloman IV Software | 11/1/1999 | 12,050.00 | 0.00 |
| PD0019 | Dimension 8300 Series, Intel 4 Processor at 3.0GHz with HT Technology | 4/1/2004 | 2,347.00 | 801.88 |
| PD0020 | installation of phone into new Portland Office | 7/1/2004 | 2,072.50 | 1,912.74 |
| PD0021 | Cabling and Installation of phone for Portland's new office | 7/16/2004 | 4,162.50 | 3,841.65 |
| PD0022 | cabling for phones at Portland's new office space | 7/21/2004 | 1,539.27 | 1,420.61 |
| PD0023 | costs of phone/data installation at new Portland office location | 7/7/2004 | 1,051.25 | 970.22 |

*Subtotal: Portland-4700 (80)*            223,621.73      11,346.65