# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| Alliance Bancorp, Inc., | : Case No. 07-10943 (CSS) |
| Debtor. | : |

## SUCCESSOR CHAPTER 7 TRUSTEE'S STATUS REPORT

Charles A. Stanziale, Jr., as the successor Chapter 7 Trustee appointed in this matter (the "Trustee"), through his counsel, submits the following status report:

1. The Trustee was appointed to this case in July 2013 to serve as the successor chapter 7 trustee. Upon his appointment, the Trustee, with the assistance of his professionals, verified that Montague S. Claybrook, the prior chapter 7 trustee (the "Prior Trustee"), had sold, liquidated, and monetized significant assets of the Debtor, along with the sale of the Debtor's remaining loan portfolio [D.I. Nos. 138, 144, 150]. There are no other assets of the estate to be sold, liquidated, or monetized.

2. The Trustee verified that the Prior Trustee had properly entered into settlement agreements with landlords of the Debtor (for commercial office space), concerning limited use of the various properties and for settling rejection damages, all of which were approved by the Bankruptcy Court. Moreover, the Trustee verified that real property listed on the Debtor's schedules in reality had no value to the estate. The Trustee and his professionals also verified the propriety and accounting of recovery for the Prior Trustee's preference program and litigation.

3. Although the Prior Trustee filed various substantive and non-substantive objections, the Trustee is engaged in conducting his own independent claims analysis for the remaining claims (over 400 claims were filed). The Trustee and his team expect to conclude this

ME1 24165907v.1

analysis by the end of February 2017, and if additional claim objections are necessary, the Trustee will file them upon completing his investigation.

4. The Trustee has asked his tax professionals to prepare the estate's 2016 tax return.

5. The Trustee believes at this time that, after payment of administrative claims, a dividend will be available to unsecured creditors.

6. Upon completing all tax reporting obligations and the claims investigation (and addressing objections, if necessary), the Trustee and professionals will prepare and file the TFR with the Office of the United States Trustee.  Once the TFR is approved, the Trustee will submit his final fee application and issue distributions to creditors.  The Trustee anticipates this case being closed before the end of calendar year 2017.

                                                Respectfully submitted,

Dated: February 7, 2017        **McCARTER & ENGLISH, LLP**
       Wilmington, Delaware

By: */s/ Kate Roggio Buck*
Kate Roggio Buck (DE #5140)
Matthew J. Rifino (DE #4749)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile (302) 984-6399
kbuck@mccarter.com

 - *and* -

Charles A. Stanziale, Jr.
Matthew Heimann
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

*Attorneys for the Chapter 7 Trustee*

2

ME1 24165907v.1