# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| Alliance Bancorp, Inc., ) | Case No. 07-10943-CSS |
| ) | |
| Debtor. ) | Re: Docket No. 501 |
| ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE:      )
                        ) SS
COUNTY OF NEW CASTLE:   )

Stephanie MacDonald, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel to The Bank of New York Mellon in the above-captioned matter, and that on the 1st day of March, 2018, she caused a copy of the following documents to be served upon the persons listed on the attached service list in the manner indicated thereon:

1. **Motion of The Bank of New York Mellon for an Order Authorizing the Chapter 7 Trustee to Execute a Deed Assignment Regarding 156 Huntington Road, Atlanta, Georgia or in the Alternative, for Relief From the Automatic Stay [Docket No. 501].**

_____
Stephanie MacDonald

Sworn to and subscribed before me this 1st day of March, 2018.

Notary Public _____
My Commission Expires: 9/5/19

[Notary Seal: NICOLE DIBIASO, NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES Sept. 5, 2019]

## SERVICE LIST

**VIA FIRST CLASS MAIL**
John R. Gaughen
Martha A. Gaughen
156 Huntington Road
Atlanta, GA 30309