# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Alliance Mortgage Investments, Inc.,<br><br>　　　　　Debtor. | Chapter 7<br>Case No. 07-10941 (CSS) |
| In re:<br><br>Alliance Bancorp,<br><br>　　　　　Debtor. | Chapter 7<br>Case No. 07-10942 (CSS) |
| Tracy L. Klestadt, in his capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>　　　　　Defendant. | Adversary Case No. 12-50779 (CSS) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JUNE 13, 2017 AT 1:00 P.M. (EASTERN TIME)

**I.　MATTER UNDER CERTIFICATION OF NO OBJECTION:**

　　1.　Motion of Chapter 7 Trustee for an Order Approving Settlement with the United States, filed on May 11, 2017 [Case No. 07-10941 Docket No. 536; Case No. 07-10942 Docket No. 938; Adv. Case No. 12-50779 Docket No. 43]

　　　Response Deadline:

　　　　　June 1, 2017 at 4:00 p.m. (Extended to June 6, 2017 at 4:00 P.M. for Charles A. Stanziale, Jr., Chapter 7 Trustee for Alliance Bancorp, Inc., Case No. 07-10943)

Response(s) Received:

None.

Related Documents:

(a) Certification of No Objection, filed June 7, 2017 [Case No. 07-10941 Docket No. 537; Case No. 07-10942 Docket No. 939; Adv. Case No. 12-50779 Docket No. 44]

Status:

A Certificate of No Objection regarding this matter has been filed.

Dated: June 9, 2017

FOX ROTHSCHILD LLP

By: */s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801
Tel: (302) 622-4212
Fax: (302) 656-8920

- and -

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Tracy L. Klestadt, Esq.
Joseph C. Corneau, Esq.
200 West 41st Street, 17th Floor
New York, NY 10036
Tel: (212) 972-3000
Fax: (212) 972-2245

*Attorneys for Tracy L. Klestadt, in his capacity as Chapter 7 Trustee*